**DEBTOR:** Sales Partnerships, Inc.          **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 11-33914-ABC          **FOR QUARTER ENDED:** 12/31/2012

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | | |
|---|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ | 249,251 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | 1,482,650 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( | -1,310,126 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ | 421,775 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 0 $ | 0 $ | |
| | Plan Trustee Expense | 0 | 0 | |
| | Attorney Fees - Trustee | 0 | 0 | |
| | Attorney Fees - Debtor | 6000 | 15000 | |
| | Other Professionals | | | |
| | Other Administrative Expenses | | | |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 6000 $ | 15000 $ | |
| 2. | SECURED CREDITORS | $ 19371 | 34621 | |
| 3. | PRIORITY CREDITORS | $ 11835 | 19936 | |
| 4. | UNSECURED CREDITORS | $ 0 | 0 | |
| 5. | EQUITY SECURITY HOLDERS | $ 0 | 0 | |
| 6. | Attach additional sheets as necessary | $ | | |
| | **TOTAL PLAN PAYMENTS** | $ 37206 $ | 69557 $ | |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 6500.00 | 01/07/2013 | 20573 |

**PLAN STATUS:**                                                                                                Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)     [X]
2. Are all post-confirmation obligations current? (If no, attach explanation.)                                  [X]
3. Projected date of application for final decree:     1/4/2013

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: FRED KESSLER
    PRESIDENT
    Reorganized Debtor / Title

Email & Phone: 303.412.3160

Form 3
#REFI