UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )   Case No. 11-33914 ABC
SALES PARTNERSHIPS, INCORPORATED                    )
EIN: 03-0515190                                     )   Chapter 11
                                                    )
         Debtor.                                    )

## FINAL DECREE

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed effective *nunc pro tunc,* January 2, 2013.

Dated: February 11, 2013

BY THE COURT:

_____
United States Bankruptcy Judge